UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Malibu Media LLC

                          Plaintiff,

v.                                         Case No.:
                                                1:15−cv−01907

John Doe, subscriber assigned IP address
98.253.175.224

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 30,2015:

      MINUTE entry before the Honorable James B. Zagel: Status hearing held. Counsel reported that the matter has settled. This matter is dismissed without prejudice. If no motion is filed prior to 9/3/15, the dismissal will convert to a dismissal with pre judice without further order of court. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.